1  PARVIZ DARABI, Bar No. 209021
   ANDREW G. WATTERS, Bar No. 237990
2  DANIEL B. SWERDLIN, Bar No. 243452
   LAW OFFICES OF PARVIZ DARABI
3  500 Airport Blvd., Suite 150
   Burlingame, CA 94010
4  Telephone: (650) 343-5357
   Facsimile: (650) 343-5391
5
   Attorneys for Plaintiff
6  RUBEN TORRES

7  MARGARET HART EDWARDS, Bar No. 65699
   LISA LIN GARCIA, Bar No. 260582
8  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
9  San Francisco, CA  94108-2693
   Telephone: (415) 433-1940
10 Facsimile: (415) 399-8490

11 Attorneys for Defendant
   BENIHANA NATIONAL CORP.
12

13

14                 UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

16

| 17 | RUBEN TORRES, an individual, | CASE NO. 4:14-CV-00619 SBA |
|---|---|---|
| 18 | Plaintiff, | **ORDER RE STIPULATION REGARDING AMOUNT IN CONTROVERSY AND REMAND** |
| 19 | vs. | |
| 20 | BENIHANA NATIONAL CORP., a Delaware Corporation dba BENIHANA | |
| 21 | OF TOKYO; and DOES 1-30, inclusive, | |
| 22 | Defendants. | |

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

CASE NO. 4:14-CV-00619 SBA

Order re Stipulation Regarding Amount in Controversy and Remand

1  Based on the Stipulation Regarding Amount in Controversy and Remand of the Parties, that the amount in controversy, inclusive of any and all attorneys' fees through the conclusion of a trial in this action, does not exceed $75,000.00, this matter shall be remanded to the Superior Court of California, County of San Francisco.  Each party will each bear it/his own attorney's fees and costs in connection with the removal and this remand.

IT IS SO ORDERED.

Dated:  3/5/2014

*Saundra B Armstrong*
JUDGE SAUNDRA BROWN ARMSTRONG

Firmwide:125729984.1 062447.1026

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

CASE NO. 4:14-CV-00619 SBA

Order re Stipulation Regarding Amount in Controversy and Remand